IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN R. NEWBERN, | : |
| Petitioner, | : |
| v. | : Civil Action No.<br>: 7:08-CV-49 (HL) |
| SHERIFF WINSTON C. PETERSON, | : |
| Respondent. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 13), which recommends granting Respondent's Motion to Dismiss (Doc. 13) and dismissing, without prejudice, Petitioner's federal habeas corpus petition (Doc. 1). Petitioner filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 11th day of February, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc